Abraham J. Colman (SBN 146933)
Email:    acolman@reedsmith.com
Judith T. Sethna (SBN 232731)
Email:    jsethna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
FIA CARD SERVICES, N.A.
(erroneously sued as BANK OF
AMERICA, a National Association)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SINGLEY,<br><br>        Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA, a National Association ,<br><br>        Defendant. | Case No. 14-cv-00525-BEN-NLS<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Compl. Filed:  March 7, 2014<br><br>Honorable Roger T. Benitez |

JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiff Linda Singley ("Plaintiff") and Defendant FIA Card Services, N.A. (erroneously sued as BANK OF AMERICA, a National Association)[1] ("Defendant") by and through their respective counsel of record jointly move for an extension of time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint based on the following grounds:

WHEREAS, on March 14, 2014, Plaintiff served Defendant with a copy of the summons and Complaint in this action;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendant's response to Plaintiff's Complaint is currently due April 4, 2014;

WHEREAS, Plaintiff and Defendant have agreed to extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint until April 18, 2014 so that Defendant may have the opportunity to fully review and analyze the allegations set forth in the Complaint;

WHEREAS, an extension of time until April 18, 2014 for Defendant to answer, move, or otherwise respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

/
/
/
/
/
/
/
/

---

[1] FIA Card Services, N.A., a subsidiary of Bank of America Corporation, is the sole entity that issues and administers "Bank of America" brand credit card accounts. Therefore, Bank of America, a National Association is a wrongly-named defendant.

JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

THEREFORE, pursuant to Local Rules 7.2 and 12.1, Plaintiff and Defendant hereby jointly move for an order extending the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint until April 18, 2014.

DATED: April 3, 2014

REED SMITH LLP

By: */s/ Judith T. Sethna*
Abraham J. Colman (SBN 146933)
Judith T. Sethna (SBN 232731)
Attorneys for Defendant
FIA CARD SERVICES, N.A. (erroneously sued as BANK OF AMERICA, a National Association)

DATED: April 3, 2014

HARTMAN LAW OFFICE

By: */s/ Jared M. Hartman*
Jared M. Hartman
Attorney for Plaintiff
LINDA SINGLEY

*I, Judith T. Sethna, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

By */s/ Judith T. Sethna*

JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT