Abraham J. Colman (SBN 146933)
Email:   acolman@reedsmith.com
Judith T. Sethna (SBN 232731)
Email:   jsethna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
FIA CARD SERVICES, N.A.
(erroneously sued as BANK OF AMERICA, a National Association)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SINGLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a National Association ,<br><br>    Defendant. | Case No. 14-cv-00525-BEN-NLS<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>Compl. Filed:   March 7, 2014<br><br>Honorable Roger T. Benitez |

**TO THE CLERK OF THE SOUTHERN DISTRICT COURT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant FIA Card Services, N.A. (erroneously sued as BANK OF AMERICA, a National Association) ("Defendant") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Linda Singley
- FIA Card Services, N.A. is a wholly owned subsidiary of NB Holdings Corporation, which is a wholly owned subsidiary of Bank of America Corporation.
- Bank of America Corporation is a publicly traded corporation on the New York Stock Exchange.
- Bank of America Corporation does not have a parent corporation. No publicly held corporation has an ownership interest of 10% or more in Bank of America Corporation.

DATED: April 3, 2014

REED SMITH LLP

By: /s/Judith T. Sethna
Abraham J. Colman (SBN 146933)
Judith T. Sethna (SBN 232731)
Attorneys for Defendant
FIA CARD SERVICES, N.A. (erroneously sued as BANK OF AMERICA, a National Association)