1 Abraham J. Colman (SBN 146933)
  Email: acolman@reedsmith.com
2 Judith T. Sethna (SBN 232731)
  Email: jsethna@reedsmith.com
3 REED SMITH LLP
  355 South Grand Avenue, Suite 2900
4 Los Angeles, CA 90071-1514
  Telephone: +1 213 457 8000
5 Facsimile: +1 213 457 8080

6 Attorneys for Defendant
  FIA CARD SERVICES, N.A.
7 (erroneously sued as BANK OF
  AMERICA, a National Association)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SINGLEY, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, a National Association, <br><br> Defendant. | Case No. 14-cv-00525-BEN-NLS <br><br> **DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST** <br><br> Compl. Filed: March 7, 2014 <br><br> Honorable Roger T. Benitez |

TO THE CLERK OF THE SOUTHERN DISTRICT COURT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

Pursuant to Local Civil Rule 40.2, Defendant FIA Card Services, N.A. (erroneously sued as BANK OF AMERICA, a National Association) ("Defendant") states that:

- FIA Card Services, N.A. is a wholly owned subsidiary of NB Holdings Corporation, which is a wholly owned subsidiary of Bank of America Corporation.
- Bank of America Corporation is a publicly traded corporation on the New York Stock Exchange.
- Bank of America Corporation does not have a parent corporation. No publicly held corporation has an ownership interest of 10% or more in Bank of America Corporation.

DATED: April 3, 2014

REED SMITH LLP

By: /s/Judith T. Sethna
Abraham J. Colman (SBN 146933)
Judith T. Sethna (SBN 232731)
Attorneys for Defendant
FIA CARD SERVICES, N.A. (erroneously sued as BANK OF AMERICA, a National Association)