# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SINGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a National Association,<br><br>Defendant. | CASE NO. 14-CV-525-BEN (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Docket No. 6] |

Before this Court is a Joint Motion for Extension of Time for Defendant to Answer, Move, or Otherwise Respond to Plaintiff's Complaint filed by Plaintiff Linda Singley and Defendant FIA Card Services, N.A. (erroneously sued as Bank of America, a National Association). (Docket No. 6). The parties request a fourteen-day extension of the deadline for Defendant Bank of America to respond to the Complaint.

For good cause shown, the Joint Motion is **GRANTED**. Defendant is **ORDERED** to answer, move, or otherwise respond to the Complaint on or before **April 18, 2014**.

IT IS SO ORDERED.

Dated: April 7, 2014

HON. ROGER T. BENITEZ
United States District Judge