# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA



FILED

2015 FEB -2 PM 2: 15

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| CASE NUMBER: | 14-cv-00525-BEN-DHB | | |
|---|---|---|---|
| TITLE: | Singley v. Bank Of America | | |
| E-FILED DATE: | 1/15/2015 | DOCUMENT NO.: | 31-2 |
| DOCUMENT TITLE: | Proposed Order - only | | |
| DOCUMENT FILED BY: | Jared Hartman attorney for Plaintiff | | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| ☒ | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| ☐ | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed |
| ☐ | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
| ☐ | ECF § 2(f) | Lacking proper signature |
| ☐ | Civ.L. Rule 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | Civ.L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/doc(s) not timely |
| ☐ | Civ.L. Rule 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | Civ.L. Rule 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | Civ.L. Rule 7.1 | Missing table of contents and/or table of authorities |
| ☐ | Civ.L. Rule 7.1 | Amended pleading not complete in itself |
| ☐ | OTHER: | |

## IT IS HEREBY ORDERED:

| ☐ | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
|---|---|
| ☒ | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

Date: February 2, 2015

Honorable Roger T. Benitez