1  THOMAS P. QUINN, JR. (SBN 132268)
   NOKES & QUINN APC
2  410 BROADWAY, STE 200
3  LAGUNA BEACH, CA 92651
   Tel: (949) 376-3500
4  Fax: (949) 376-3070
5  Email: tquinn@nokesquinn.com

6  Attorneys for Defendant EQUIFAX
7  INFORMATION SERVICES LLC

8            **UNITED STATES DISTRICT COURT**
9           **SOUTHERN DISTRICT OF CALIFORNIA**

10 LINDA SINGLEY,                    ) Case No.: 3:14-cv-00525-BEN-DHB
                                     )
11                                   )
12        Plaintiff,                 )
                                     )
13 vs.                               ) **DEFENDANT EQUIFAX**
                                     ) **INFORMATION SERVICES LLC'S**
14                                   ) **CORPORATE DISCLOSURE**
   BANK OF AMERICA, EXPERIAN         ) **STATEMENT**
15 INFORMATION SOLUTIONS,            )
   EQUIFAX INFORMATION               )
16 SERVICES LLC, and TRANS UNION     )
17 LLC,                              )
                                     )
18                                   )
          Defendants.               )
19                                   )
                                     )
20 _____)

21       Defendant Equifax Information Services LLC ("Equifax") submits the

22 following Corporate Disclosure Statement:

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1    Equifax is a wholly-owned subsidiary of Equifax Inc., which is a publicly

2  traded company.

3

4  Dated: March 16, 2015                    NOKES & QUINN

5

6       /s/ Thomas P. Quinn, Jr.
         THOMAS P. QUINN, JR.

7        Attorneys for Defendant
         EQUIFAX INFORMATION

8        SERVICES LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CORPORATE DISCLOSURE STATEMENT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055