Katie Keitges (SBN 274364)
kkeitges@jonesday.com
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA  92130.4096
Telephone:  +1.858.314.1200
Facsimile:   +1.858.314.1150

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SINGLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a National Association; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:14-cv-00525-BEN-DHB<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies:  The ultimate parent company of Experian is Experian plc.
2. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:
   (a) Vehicle Title, LLC
   (b) Central Source LLC

  (c)  Online Data Exchange LLC

  (d)  New Management Services LLC

  (e)  VantageScore Solutions LLC

  (f)  Opt-Out Services LLC

3. Publicly Held Companies:  Experian plc owns 100 percent of Experian. Experian plc is a Jersey registered company which is publicly traded on the London Stock Exchange.

Dated:  April 13, 2015

Respectfully submitted
JONES DAY

By: *s/ Katie Keitges*
   Katie Keitges

Attorneys for Defendant
Experian Information Solutions, Inc.