Katie Keitges (SBN 274364)
kkeitges@jonesday.com
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA  92130.4096
Telephone:  +1.858.314.1200
Facsimile:  +1.858.314.1150

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SINGLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a National Association; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC,<br><br>Defendants. | Case No. 3:14-cv-00525-BEN-DHB<br><br>**CERTIFICATE OF SERVICE** |

I, Katie Keitges, declare:

I am a citizen of the United States and employed in San Diego County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 12265 El Camino Real, Suite 200, San Diego, California  92130.4096.  On April 13, 2015, I served a copy of DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST by electronic transmission.

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings.  Under that

1  practice, documents are electronically filed with the court.  The court's CM/ECF
2  system will generate a Notice of Electronic Filing (NEF) to the filing party, the
3  assigned judge, and any registered users in the case.  The NEF will constitute
4  service of the document.  Registration as a CM/ECF user constitutes consent to
5  electronic service through the court's transmission facilities.  I certify that all
6  participants in the case are registered CM/ECF users and that service will be
7  accomplished by the CM/ECF system.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on April 13, 2015, at San Diego, California.

    By: */s Katie Keitges*
    Katie Keitges