| | |
|---|---|
| Katherine A. Klimkowski (SBN 263099)<br>kaklimkowski@jonesday.com<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>Telephone: (949) 851-3939<br>Facsimile: (949) 553-7539<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. | |

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SINGLEY, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a National Association; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC,<br><br>      Defendants. | Case No.: 3:14-cv-00525-BEN-DHB<br><br>**NOTICE OF APPEARANCE OF KATHERINE A. KLIMKOWSKI FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Katherine A. Klimkowski of JONES DAY, 3161 Michelson Drive, Suite 800, Irvine, California 92612, Telephone (949) 851-3939, Facsimile (949) 553-7539, enters her appearance on behalf of Defendant Experian Information Solutions, Inc.

Dated: July 1, 2015

Respectfully submitted
JONES DAY

By: *s/ Katherine A. Klimkowski*
     Katherine A. Klimkowski

Attorneys for Defendant
Experian Information Solutions, Inc.

## CERTIFICATE OF SERVICE

I, Katherine A. Klimkowski, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On July 1, 2015, I served a copy of the **NOTICE OF APPEARANCE OF KATHERINE A. KLIMKOWSKI FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court for the Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Jared M. Hartman
Hartman Law Office
400 South Melrose, Suite 209
Vista, CA 92081
T: (951)234-0881
F: (888)819-8230
Email: jared@sandiegoconsumerattorneys.com
*Attorneys for Plaintiff*

Abbas Kazerounian
Kazerounian Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
T: (800) 400-6808
F: (800) 520-5523
Email: ak@kazlg.com
*Attorneys for Plaintiff*

David James McGlothlin
Joshua Swigart
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
T: (619) 233-7770
F: (619) 297-1022
Email: david@southwestlitigation.com
Email: josh@westcoastlitigation.com
*Attorneys for Plaintiff*

Mona Amini
Kazerouni Law Group, APC
7121 Magnolia Avenue, Suite J
Riverside, CA 92504
T: 800-400-6808
F: 800-520-5523
Email: mona@kazlg.com
*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | Thomas P Quinn, Jr<br>Nokes and Quinn | Donald E Bradley<br>Musick Peeler & Garrett |
| 2 | 410 Broadway, Suite 200<br>Laguna Beach, CA 92651 | 650 Town Center Drive, Suite 1200<br>Costa Mesa, CA 92626-1925 |
| 3 | T: (949) 376-3500<br>F: (949) 376-3070 | T: (714)668-2400<br>F: (714)668-2490 |
| 4 | Email: tquinn@nokesquinn.com<br>*Attorneys for Equifax Information Services,* | Email: d.bradley@mpglaw.com<br>Attorneys for Trans Union LLC |
| 5 | *LLC* | |

6  Executed on July 1, 2015, at Irvine, California.

8  */s/ Katherine A. Klimkowski*
    Katherine A. Klimkowski