**HARTMAN LAW OFFICE, INC.**
Jared Hartman, Esq. (SBN: 254860)
jaredhartman@jmhattorney.com
400 South Melrose, Drive, Suite 209
Vista, California 92081
Telephone: (951) 234-0881
Facsimile: (888) 819-8230

Attorneys for Plaintiff
LINDA SINGLEY

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA SINGLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a National Association; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INFORMATION SERVICES, LLC; TRANS UNION, LLC;<br><br>Defendants. | Case No.: 3:14-cv-00525-BEN-DHB<br><br>**PARTIES' JOINT MOTION TO DISMISS CASE, IN ITS ENTIRETY, WITH PREJUDICE** |

PLEASE TAKE NOTICE THAT the parties herein—Plaintiff, LINDA SINGLEY, Defendant EXPERIAN INFORMATION SOLUTIONS, INC. (hereinafter "EXPERIAN"), Defendant EQUIFAX INFORMATION SERVICES, LLC (hereinafter "EQUIFAX"), and Defendant TRANS UNION, LLC (hereinafter referred to as "TU")—jointly stipulate and hereby make the instant Motion to dismiss this action in its entirety, with prejudice.

///

///

1
**Joint Motion to Dismiss**

HARTMAN LAW OFFICE, INC.

DATED: 7/31/2015          /s/ Jared M. Hartman, Esq.
                          JARED M. HARTMAN, ESQ.
                          Attorney for Plaintiff, LINDA SINGLEY

NOKES & QUINN, APC

DATED: 7/31/2015          /s/ Thomas P. Quinn
                          THOMAS P. QUINN, ESQ.
                          Attorneys for Defendant,
                          EQUIFAX INFORMATION
                          SERVICES, LLC

JONES DAY

DATED: 7/31/2015          /s/ Katherine Klimkowski
                          KATHERIN KLIMKOWSKI, ESQ.
                          Attorneys for Defendant,
                          EXPERIAN INFORMATION
                          SOLUTIONS, INC.

MUSICK, PEELER & GARRETT LLP

DATED: 7/31/2015          /s/ Donald E. Bradley
                          DONALD E. BRADLEY, ESQ.
                          Attorneys for Defendant,
                          Trans Union LLC